

Make Payment | Manage Accounts | Pending Payments | Recurring

**Attention Riders:** Beginning April 12, 2017, credit cards will no longer be an a
ards, checking accounts and savings accounts will continue to be acceptable fo
moment to check your payment preferences and make any necessary updates.

## Confirm Payment Receipt

Account Number 20170527939698

The payment has been authorized.

If you have any questions regarding this payment, please contact HDFS Rider S

| | |
|---|---|
| Confirmation Number | P18222226X5TG4Q |
| Payment Method | VISA |
| Card Number | ************4132 |
| Payment Amount | $200.00 |
| Service Fee | $   3.00 |
| **Total** | $203.00 |

Thank you for using the online bill payment system!