UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   TINA MARIE BOWERS                           CHAPTER 13

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant
                                                      CASE NO:   1-17-02158-HWV

TINA MARIE BOWERS

    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on May 23, 2019, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of May 23, 2019, the Debtor(s) is/are $620.00 in arrears with a plan payment having last been made on Mar 20, 2019

In accordance with said stipulation, the case may be dismissed

                                          Respectfully Submitted,
                                          /s/  Liz Joyce
                                          for Charles J. DeHart, III, Trustee
                                          8125 Adams Drive, Suite A
                                          Hummelstown, PA  17036
                                          Phone:  (717) 566-6097

Dated: May 23, 2019

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: TINA MARIE BOWERS     CHAPTER 13

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-17-02158-HWV

## **CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on May 23, 2019, I served a copy of this Certification of Default on the following parties by 1st Class Mail, unless served electronically.

KARA K GENDRON     SERVED ELECTRONICALLY
MOTT & GENDRON LAW
125 STATE STREET
HARRISBURG, PA 17101-

TINA MARIE BOWERS     SERVED BY 1ST CLASS MAIL
24 W. MAIN STREET
WAYNESBORO, PA 17268-

United States Trustee
228 Walnut Street
Suite 1190     SERVED ELECTRONICALLY
Harrisburg, PA 17101

I certify under penalty of perjury that the foregoing is true and correct.

Dated: May 23, 2019

Respectfully submitted,
Liz Joyce
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com