```
                               United States Bankruptcy Court
                               Middle District of Pennsylvania
In re:                                                              Case No. 17-02158-HWV
Tina Marie Bowers                                                   Chapter 13
         Debtor             CERTIFICATE OF NOTICE
District/off: 0314-1           User: DGeorge                Page 1 of 2          Date Rcvd: May 31, 2019
                               Form ID: pdf010              Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2019.
db             +Tina Marie Bowers,    24 W Main Street,    Waynesboro, PA 17268-1588
4925380        +CLOUSE FARMS,    2075 RITNER HIGHWAY,    CARLISLE, PA 17015-9303
4925386        +FIRST PREMIER BANK,    3820 N LOUISE AVENUE,    SIOUX FALLS SD 57107-0145
4936166        +Harley-Davidson Credit Corp.,     P.O. Box 9013,    Addison, Texas 75001-9013
4925395        +UNEMP COMP OVERPAYMENT MATTERS,     DEPT OF L&I - OFFICE OF CHIEF COUNSEL,
                 651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0751
4925396        +UNEMPL COMP TAX MATTERS,    HARRISBURG CASES L&I OFF CHIEF COUNSEL,    651 BOAS STREET 10TH FLOOR,
                 HARRISBURG, PA 17121-0751

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4925376        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 31 2019 19:02:55       BONTON BY WFNB/COMENITY,
                 BANKRUPTCY NOTICES,    PO BOX 182125,    COLUMBUS, OH 43218-2125
4925377         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 31 2019 19:02:55       CB/AVENUE,    BK NOTICES,
                 PO BOX 182125,    COLUMBUS, OH 43218-2125
4925378         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 31 2019 19:02:55       CB/WMNWTHN,
                 BANKRUPTCY NOTICES,    PO BOX 182125,    COLUMBUS, OH 43218-2125
4925379        +E-mail/Text: dehartstaff@pamd13trustee.com May 31 2019 19:03:07       CHARLES J DEHART, III, ESQ.,
                 8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
4925381         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 31 2019 19:02:55       COMENITY BANK - BOSCOVS,
                 BANKRUPTCY DEPT,    PO BOX 183043,    COLUMBUS, OH 43218-3043
4925382         E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 31 2019 19:02:57       COMM OF PA DEPT OF REVENUE,
                 BUREAU OF COMPLIANCE,    PO BOX 280946,    HARRISBURG, PA 17128-0946
4935582        +E-mail/Text: bankruptcy@consumerportfolio.com May 31 2019 19:03:02
                 CONSUMER PORTFOLIO SERVICES, INC.,     P.O. BOX 57071,    IRVINE, CA. 92619-7071
4925384        +E-mail/PDF: creditonebknotifications@resurgent.com May 31 2019 19:07:57       CREDIT ONE BANK,
                 PO BOX 98873,    LAS VEGAS, NV 89193-8873
4925385        +E-mail/Text: bankruptcy.notices@hdfsi.com May 31 2019 19:03:11       EAGLEMARK SAVINGS BANK,
                 PO BOX 21750,    CARSON CITY, NV 89721-1750
4925387        +E-mail/Text: bnc-bluestem@quantum3group.com May 31 2019 19:03:09       GETTINGTON.COM,
                 6250 RIDGEWOOD ROAD,    SAINT CLOUD, MN 56303-0820
4925388         E-mail/Text: cio.bncmail@irs.gov May 31 2019 19:02:53       INTERNAL REVENUE SERVICE - CIO,
                 PO BOX 7346,    PHILADELPHIA, PA 19101-7346
4968943         E-mail/PDF: resurgentbknotifications@resurgent.com May 31 2019 19:18:36
                 LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4954520         E-mail/Text: bkr@cardworks.com May 31 2019 19:02:46       MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
4925391        +E-mail/Text: bkr@cardworks.com May 31 2019 19:02:46       MERRICK BANK COURT NOTICES,
                 PO BOX 9201,    OLD BETHPAGE, NY 11804-9001
4925964        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 31 2019 19:29:23
                 PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
4966197        +E-mail/Text: JCAP_BNC_Notices@jcap.com May 31 2019 19:03:03       Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,     Po Box 7999,    Saint Cloud Mn 56302-7999
4965022         E-mail/Text: bnc-quantum@quantum3group.com May 31 2019 19:02:56
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,     PO Box 788,
                 Kirkland, WA 98083-0788
4942334         E-mail/Text: bnc-quantum@quantum3group.com May 31 2019 19:02:55
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,     PO Box 788,    Kirkland, WA 98083-0788
4925392        +E-mail/PDF: gecsedi@recoverycorp.com May 31 2019 19:07:52       SYNCB/ASHFRN,    PO BOX 965064,
                 ORLANDO, FL 32896-5064
4925393         E-mail/PDF: gecsedi@recoverycorp.com May 31 2019 19:06:51       SYNCB/CARE,    BK NOTICES,
                 PO BOX 965061,    ORLANDO, FL 32896-5061
4925394        +E-mail/PDF: gecsedi@recoverycorp.com May 31 2019 19:06:51       SYNCB/NATION,    PO BOX 965036,
                 ORLANDO, FL 32896-5036
4968869        +E-mail/PDF: gecsedi@recoverycorp.com May 31 2019 19:07:20       Synchrony Bank,
                 c/o PRA Receivables Management, LLC,     PO Box 41021,    Norfolk VA 23541-1021
                                                                                               TOTAL: 22

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4925389*        IRS CENTRALIZED INSOLVENCY ORGANIZATION,     PO BOX 7346,    PHILADELPHIA, PA 19101-7346
4925383        ##+CONSUMER PORTFOLIO SERVICES,    860 GREENBRIAR CIRCLE,    TOWER 1, SUITE 600,
                 CHESAPEAKE, VA 23320-2663
4925390        ##+JOHN SHOWERS,   PO BOX 91,    ROBESONIA, PA 19551-0091
                                                                                  TOTALS: 0, * 2, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2019 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          Dorothy L Mott     on behalf of Debtor 1 Tina Marie Bowers DorieMott@aol.com,
           KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
          James Warmbrodt     on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
          Kara Katherine Gendron     on behalf of Debtor 1 Tina Marie Bowers karagendronecf@gmail.com,
           doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                    TOTAL: 5
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| Tina Marie Bowers | | |
|---|---|---|
| | Chapter: | 13 |
| Debtor 1 | Case No.: | 1:17-bk-02158-HWV |

Charles J. DeHart, III, Trustee

vs.  Movant(s)

Tina Marie Bowers

Respondent(s)

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Dated: May 30, 2019

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (JH)